UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

REFUGIO CELAYA, DONNA CHARNEY, DAHL
WILLIS, and SHELLEY WILLIS, individually and on
behalf of others similarly situated,

           Plaintiffs,

   v.

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, S.I. and AMERICAN FAMILY
INSURANCE COMPANY,

           Defendants.

Case No. 20-cv-1002

**JOINT STATUS AND SCHEDULING REPORT**

Pursuant to the Court's July 7, 2023 minute entry order (ECF No. 97), Plaintiffs Refugio Celaya, Donna Charney, Dahl Willis and Shelley Willis ("Plaintiffs") and Defendants American Family Mutual Insurance Company, S.I. and American Family Insurance Company ("Defendants") submit this Joint Status Report.

**I.    Procedural History**

This case was originally filed on November 3, 2020, by original plaintiffs Connor McCluskey, Janeace McCluskey, Jasmine Pennington, and Vincent Raines, all residents of Ohio. (ECF No. 1.) Those plaintiffs alleged claims on behalf of themselves and a putative class of American Family policyholders in seven states: Arizona, Illinois, Ohio, South Carolina, Utah, Virginia, and Wisconsin. (*Id.*) Following an initial amendment of the complaint (ECF No. 3) and a motion to disqualify counsel (ECF No. 14), the parties filed a Joint Scheduling Report on January 29, 2021. On February 3, 2021, the Court entered its Preliminary Pretrial Conference

Order. (ECF No. 51.) Subsequently, on July 7, 2021, the Court stayed the case in light of two Ohio cases, *El-Far v. American Family Mutual Insurance Co.* and *Fox v. American Family Insurance Co.*, that, in its view, "raised the same basic question," pending resolution of those cases. (ECF No. 65.)

In early 2023, the court managing the Ohio cases approved a final class settlement of those matters and the then-plaintiffs in this case moved for leave to file a second amended complaint. (ECF No. 71.) After motion practice related to that motion and a motion in the alternative to intervene, on June 15, 2023, the Court granted the motion to amend, directed plaintiffs to remove the settled Ohio claims and Ohio plaintiffs, and lifted the stay. (ECF No. 93.)

Plaintiffs, who are residents of Arizona and Wisconsin, filed their Second Amended Complaint on June 23, 2023, on behalf of themselves and a putative class of residents of Arizona, Illinois, and Wisconsin. (ECF No. 95.) On July 21, 2023, Defendants filed a motion to strike the Illinois class allegations. (ECF No. 98.) That motion is currently being briefed by the parties. The parties are meeting and conferring on a joint motion to extend the briefing schedule, which they intend to file no later than Monday, July 31, 2023.

Counsel for the parties have conferred on the status of the case and a proposed schedule. The proposed schedule that follows tracks the deadlines the Court originally set in its Preliminary Pretrial Conference Order, except that it has been adjusted for the intervening stay.

    **II.**    **Proposed Pretrial Deadlines**

1. Disclosure of class certification experts:
    a. Proponent: April 12, 2024
    b. Respondent: May 15, 2024
2. Motions & Briefs to Certify Class: June 14, 2024

   a. Response: July 12, 2024

   b. Reply: July 26, 2024

3. Disclosure of liability experts

   a. Plaintiffs: October 11, 2024

   b. Defendants: November 8, 2024

4. Deadline for filing dispositive motions: December 18, 2024

5. Disclosure of Damages experts

   a. Plaintiffs: March 7, 2025

   b. Defendants: April 7, 2025

6. Settlement letters: May 7, 2025

7. Discovery cutoff: May 7, 2025

8. Rule 26(a)(3) disclosures and all motion in limine

   a. Moving: May 14, 2025

   b. Objections: May 28, 2025

9. Final Pretrial Conference: June 16, 2025

10. Trial: June 30, 2025

Respectfully submitted,

<div style="columns:2">

*s/ Erik D. Peterson*
ERIK PETERSON LAW OFFICES, PSC
Erik D. Peterson
110 W. Vine St., Ste. 300
Lexington, KY 40507
Telephone: 800-614-1957
Email: erik@eplo.law

SNODGRASS LAW LLC
T. Joseph Snodgrass
100 S. Fifth Street, Suite 800
Minneapolis, MN 55402
Tel: (612) 448-2600
jsnodgrass@snodgrass-law.com

J. Brandon McWherter
McWHERTER SCOTT BOBBITT PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Tel: (615) 351144
brandon@msb.law

*Attorneys for Plaintiffs and Putative Class Representatives*

*s/ Larry E. LaTarte (with permission)*
Aaron D. Van Oort
Larry E. LaTarte
FAEGRE DRINKER BIDDLE & REATH, LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Phone: (612) 766-7000
Fax: (612) 766-1600
aaron.vanoort@faegredrinker.com
larry.latarte@faegredrinker.com

Kendall W. Harrison Allison W. Reimann
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
kharrison@gklaw.com
areimann@gklaw.com

*Attorneys for Defendants*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I caused a true and correct copy of the foregoing notice to be served upon all persons and entities registered and authorized to receive such notice through the Court's Case Management Electronic Case Files (CM/ECF) system.

/s/ *Erik D. Peterson*

US.358738792.01