UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

REFUGIO CELAYA, DONNA CHARNEY, DAHL
WILLIS, SHELLEY WILLIS, and CAROLYN WOOD,
individually and on behalf of others similarly situated,

        Plaintiffs,

   v.

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, S.I. and AMERICAN FAMILY
INSURANCE COMPANY,

        Defendants.

Case No. 20-cv-1002

---

## JOINT MOTION TO AMEND SCHEDULING ORDER

---

Plaintiffs Refugio Celaya, Donna Charney, Dahl Willis, Shelley Willis, and Carolyn Wood ("Plaintiffs") and Defendants American Family Mutual Insurance Company, S.I. and American Family Insurance Company ("Defendants") respectfully move the Court to amend the schedule in this case for the good cause reasons that follow.

1.     This case was originally filed on November 3, 2020 by original plaintiffs Connor McCluskey, Janeace McCluskey, Jasmine Pennington, and Vincent Raines, all residents of Ohio. (ECF No. 1.) Those plaintiffs alleged claims on behalf of themselves and a putative class of American Family policyholders in seven states: Arizona, Illinois, Ohio, South Carolina, Utah, Virginia, and Wisconsin. (*Id.*) Following an initial amendment of the complaint (ECF No. 3) and a motion to disqualify counsel (ECF No. 14), the parties filed a Joint Scheduling Report on January 29, 2021. On February 3, 2021, the Court entered its Preliminary Pretrial Conference Order. (ECF No. 51.) Subsequently, on July 7, 2021, the Court stayed the case in light of two

Ohio cases, *El-Far v. American Family Mutual Insurance Co.* and *Fox v. American Family Insurance Co.*, that, in its view, "raised the same basic question," pending resolution of those cases. (ECF No. 65.)

2. In early 2023, the court managing the Ohio cases approved a final class settlement of those matters and the then-plaintiffs in this case, whose claims were resolved by the Ohio settlement, moved for leave to file a second amended complaint. (ECF No. 71.) After motion practice related to that motion and a motion in the alternative to intervene, on June 15, 2023, the Court granted the motion to amend, directed plaintiffs to remove the settled Ohio claims and Ohio plaintiffs, and lifted the stay. (ECF No. 93.)

3. Plaintiffs filed their Second Amended Complaint on June 23, 2023. (ECF No. 95.) After American Family moved to strike certain class allegations, Plaintiffs filed their Third Amended Complaint on September 7, 2023 (ECF No. 106). The Third Amended Complaint pleads a putative class on behalf of Arizona, Illinois, and Wisconsin insureds.

4. On July 7, 2023, the Court ordered the parties to submit a joint status report on, among other things, "what should happen next, and on what timeline." (ECF No. 97.) On July 28, 2023, the parties filed their Joint Status and Scheduling Report. (ECF No. 100.)

5. Since that time, the parties have been diligently engaged in discovery. The parties have exchanged initial disclosures, served and responded to written discovery, produced thousands of pages of documents, taken fact depositions, and Plaintiffs have made their class certification expert disclosures.

6. Despite this substantial progress, given the scope of the putative classes, substantial fact and expert discovery relating to class certification remain, including numerous additional depositions, American Family's class certification expert disclosures, and class

certification expert depositions. The parties are currently scheduled to begin briefing class certification on June 14, 2024.

7. The parties have also engaged in good faith settlement negotiations. As a result of those negotiations, they have recently agreed to resolve the Illinois putative class claims as part of a broader class action settlement in a case pending in Illinois. The result will be to narrow the putative class claims in this case to only two states: Arizona and Wisconsin. Pending completion of a settlement agreement, Carolyn Wood's individual Illinois claim will be dismissed and no further litigation relating to Illinois putative class claims is anticipated in this case.

8. The parties have agreed that it would be helpful to dedicate additional time and resources to settlement efforts. In pursuit of that, the parties have agreed to mediate before Southern District of Illinois Magistrate Judge Steven Williams (Ret.) on June 12, 2024. Magistrate Williams is experienced in litigating class actions concerning depreciation of labor by insurance companies, including by mediating the Illinois case referenced above with counsel for the parties in this case.

9. In order to facilitate preparation for mediation, including the analysis of large, complex sets of putative class data and facts exchanged in discovery to date, the parties are seeking a modest extension of short-term class certification deadlines. The proposed extension will allow the parties to more fully focus attention and resources on settlement issues, which they have not been able to do to date.

10. The parties therefore propose the following limited modifications to the current scheduling order. All other deadlines, including the June 30, 2025 trial date, would remain in place. The parties are mindful of the Court's prior direction that it does not intend to move the trial date.

| Milestone | Current Deadline | Proposed Deadline |
|---|---|---|
| American Family's Class Certification Expert Disclosure | May 15, 2024 | June 28, 2024 |
| Motions & Briefs to Certify Class | June 14, 2024 | July 26, 2024 |
| Response to Class Certification Motions | July 12, 2024 | August 23, 2024 |
| Reply to Class Certification Motions | July 26, 2024 | September 6, 2024 |

11.   This motion is not made for purposes of undue delay, and no party will be prejudiced by granting the relief sought.

Respectfully submitted this 3rd day of May, 2024:

s/ Erik D. Peterson
Erik D. Peterson
ERIK PETERSON LAW OFFICES PSC
110 W. Vine St., Suite 300
Lexington, KY 40507
Tel: (800) 614-1957
erik@eplo.law

T. Joseph Snodgrass
SNODGRASS LAW LLC
100 South Fifth St., Suite 800
Minneapolis, MN 55402
Tel: (612) 339-1421
jsnodgrass@snodgrass-law.com

J. Brandon McWherter
MCWHERTER SCOTT BOBBITT PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Tel: (615) 354-1144
Fax: (731) 664-1540
brandon@msb.law

*Counsel for Plaintiffs*

s/ Larry E. LaTarte (with permission)
Larry E. LaTarte*
Aaron D. Van Oort*
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-7000
larry.latarte@faegredrinker.com
aaron.vanoort@faegredrinker.com

Kendall W. Harrison
Allison W. Reimann
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Tel : (608) 257-3911
Fax : (608) 257-0609
kharrison@gklaw.com
areimann@gklaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2024, a true and correct copy of the foregoing Stipulation was served upon all persons and entities registered and authorized to receive such notice through the Court's Case Management Electronic Case Files (CM/ECF) system.

                                                *s/ Erik D. Peterson*
                                                Erik D. Peterson