UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

---

REFUGIO CELAYA, DONNA CHARNEY,
DAHL WILLIS, SHELLEY WILLIS, and
CAROLYN WOOD, individually and on
behalf of others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I. and
AMERICAN FAMILY INSURANCE
COMPANY,

    Defendants.

Case No.: 3:20-cv-1002-jdp

---

**PLAINTIFFS' MOTION TO EXCLUDE
EXPERT OPINIONS OF HEATHER ALBRIGHT**

---

Pursuant to Federal Rule of Evidence 702 and *Messner v. Northshore University HealthSystem*, 669 F.3d 802 (7th Cir. 2012), Plaintiffs move for an Order excluding the opinions and testimony of Heather Albright ("Albright"), who works as a private consultant and has been disclosed as an expert witness by Defendants American Family Mutual Insurance Company, S.I. and American Family Insurance Company (collectively "American Family"), on the following grounds:

1. Albright lacks the requisite qualifications for her insurance-related opinions in general and those purporting to rebut the opinions of a claims handler specifically;

2. Albright's rebuttal of Toby Johnson's opinions are unreliable and not tied to the facts of the case;

3. Albright's insurance-related "file by file" review opinions are irrelevant to Plaintiffs' forthcoming class certification motion under applicable law;

4. Albright's insurance-related "actual cost of repairs" opinions are irrelevant to Plaintiffs' forthcoming class certification motion under applicable law, are based upon speculation that such a circumstance exists within the class, and are not tied to the facts of the case;

5. Albright's accounting and tax opinions improperly purport to interpret the policy term "depreciation" and are inadmissible as a matter of law; and

6. Albright lacks the requisite foundation for her real estate appraisal-related opinions, which purport to interpret the policy term "depreciation," and her opinions are unreliable and contrary to the secondary authority she cites.

As further support for these grounds, Plaintiffs incorporate the arguments and authorities set forth in the accompanying memorandum of law.

Dated: July 23, 2024

SNODGRASS LAW LLC

*s/ T. Joseph Snodgrass*
T. Joseph Snodgrass
100 S. Fifth St., Suite 800
Minneapolis, MN 55402
Tel: (612) 448-2600
jsnodgrass@snodgrass-law.com

J. Brandon McWherter
McWHERTER SCOTT & BOBBITT, PLC
109 Westpark Drive, Suite 260
Brentwood, TN 37027
Tel: (615) 354-1144
brandon@msb.law

and

Erik D. Peterson
ERIK PETERSON LAW OFFICES
110 West Vine Street, Suite 300
Lexington, KY 40507
Tel: (800) 614-1957
erik@eplo.law

*Attorneys for Plaintiffs and
Putative Class Representatives*