UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| REFUGIO CELAYA, <br> DONNA CHARNEY, DAHL WILLIS, <br> SHELLEY WILLIS, and CAROLYN <br> WOOD, individually and on behalf <br> of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN FAMILY MUTUAL INSURANCE <br> COMPANY, S.I. and AMERICAN FAMILY <br> INSURANCE COMPANY <br><br> Defendants. | Case No.: 3:20-cv-01002-jdp |

## JOINT NOTICE REGARDING SETTLEMENT DISCUSSIONS

The parties jointly provide this notice regarding pending settlement discussions:

1. For several months, the parties have been engaged in informal discussions that could potentially resolve this matter. On November 4, 2024, the parties decided to engage in formal in-person mediation with Michael Ungar of UB Greensfelder, who has successfully mediated multiple cases that are similar to the present one.

2. During the full-day mediation earlier this week, the parties reached an agreement in principle on certain material aspects of settlement.

3. The parties are continuing to discuss remaining open issues with the Mediator, and they propose to notify the Court in 30 days regarding the status of negotiations.

WHEREFORE, the parties respectfully advise the Court that they will provide a status of settlement discussions by December 9, 2024.

Dated:  November 7, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Erik D. Peterson* (with permission) | */s/ Mark L. Hanover* |
| | |
| Erik D. Peterson (*pro hac vice*) | DENTONS US LLP |
| Erik Peterson Law Offices, PSC | |
| 110 W. Vine St., Suite 300 | Mark L. Hanover (*admitted pro hac vice*) |
| Lexington, KY 40507 | Leah R. Bruno (*admitted pro hac vice*) |
| Tel: (800) 614-1957 | Kristine M. Schanbacher (*admitted pro hac vice*) |
| erik@eplo.law | Emily C. Eggmann (*admitted pro hac vice*) |
| | 233 South Wacker Drive, Suite 5900 |
| T. Joseph Snodgrass (*pro hac vice*) | Chicago, IL 60606 |
| Snodgrass Law LLC | Telephone: (312) 876-8000 |
| 100 S. Fifth St., Suite 800 | Facsimile: (312) 876-7934 |
| Minneapolis, MN 55402 | mark.hanover@dentons.com |
| Tel: 612-448-2600 | leah.bruno@dentons.com |
| jsnodgrass@snodgrass-law.com | kristine.schanbacher@dentons.com |
| | emily.eggmann@dentons.com |
| J. Brandon McWherter | |
| TN Bar No. 21600 | Jake W. Thessen (*admitted pro hac vice*) |
| McWherter Scott & Bobbitt, PLC | 101 South Hanley Road, Suite 600 |
| 109 Westpark Drive, Suite 260 | St. Louis, MO 63105 |
| Brentwood, TN 37027 | Telephone: (314) 241-1800 |
| Tel: (615) 354-1144 | Facsimile: (314) 259-5959 |
| Fax: (731) 664-1540 | jake.thessen@dentons.com |
| brandon@msb.law | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs and* | *American Family Mutual Insurance Company,* |
| *Putative Class Representatives* | *S.I. and American Family Insurance Company* |